DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SUSAN BUDD,**
Appellant,

v.

**BRUCE G. BUDD,**
Appellee.

No. 4D16-1300

[July 6, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas R. Lopane, Judge; L.T. Case No. FMCE14-005445(33).

Robin Bresky and Jonathan Mann of the Law Offices of Robin Bresky, Boca Raton, for appellant.

Terrence P. O'Connor of Morgan, Carratt & O'Connor, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH, JJ., and METZGER, ELIZABETH A., Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***